THIRD DEPARTMENT, SEPTEMBER, 1984

(September 6, 1984)

■ In the Matter of the Claim of RITA WALKER, Appellant. LILLIAN ROBERTS, as Commissioner of Labor, Respondent. — Motion to dismiss appeal as untimely taken, pursuant to section 624 of the Labor Law, denied, without costs (see *Matter of Gonzalez* [*Ross*], 47 NY2d 922; *Matter of Krasniqi* [*Simnica* — *Ross*], 87 AD2d 923). Mahoney, P. J., Kane, Main, Levine and Harvey, JJ., concur.

■ JOHN CLEMENS et al., Appellants, v HENRY R. APPLE, Respondent. — Motion for reargument denied, without costs.

Motion for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Was so much of Special Term's order, as affirmed by this court, as granted defendant's motion for partial summary judgment, correct as a matter of law?" Main, J. P., Casey, Yesawich, Jr., and Harvey, JJ., concur.